# EXHIBIT

# 40

Microsoft

OVER 10,000 ENTRIES

Microsoft®

# Computer Dictionary

## Fifth Edition

- *Fully updated with the latest technologies, terms, and acronyms*
- *Easy to read, expertly illustrated*
- *Definitive coverage of hardware, software, the Internet, and more!*



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
p. cm.
ISBN 0-7356-1495-4
1. Computers--Dictionaries. 2. Microcomputers--Dictionaries.

AQ76.5. M52267 2002
004'.03--dc21 200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9 QWT 7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929




***Control key.***

**controller** *n.* A device that other devices rely on for access to a computer subsystem. A disk controller, for example, controls access to one or more disk drives, managing physical and logical access to the drive or drives.

**control logic** *n.* The electronic circuitry that generates, interprets, and uses control data.

**control panel** *n.* In Windows and Macintosh systems, a utility that allows the user to control aspects of the operating system or hardware, such as system time and date, keyboard characteristics, and networking parameters.

**control panel device** *n. See* cdev.

**control sequence** *n. See* control code.

**control signal** *n.* An electronic signal used to control internal or external devices or processes.

**control statement** *n.* A statement that affects the flow of execution through a program. Control statements include conditional statements (CASE, IF-THEN-ELSE), iterative statements (DO, FOR, REPEAT, WHILE), and transfer statements (GOTO). *See also* conditional statement, iterative statement, statement, transfer statement.

**control strip** *n.* **1.** An equipment calibration tool used to determine the corrections needed to restore accuracy by comparing recorded data against known values. **2.** A utility that groups shortcuts to commonly used items or information, such as time, battery power level, desktop items, and programs, in an easily accessible place. *See also* shortcut.

**control structure** *n.* A portion of a program defined by the relationship between the statements, used in structured programming. There are three basic control structures: sequence, where one statement simply follows another; selection, where program flow depends on which criteria are met; and iteration, where an action is repeated until some condition occurs.

**control unit** *n.* A device or circuit that performs an arbitrating or regulating function. For example, a memory controller chip controls access to a computer's memory and is the control unit for that memory.

**control variable** *n.* In programming, the variable in a control statement that dictates the flow of execution. For example, the index variable in a FOR loop controls the number of times a group of statements are executed. *See also* control statement.

**convenience adapter** *n. See* port replicator.

**convention** *n.* Any standard that is used more or less universally in a given situation. Many conventions are applied to microcomputers. In programming, for example, a language such as C relies on formally accepted symbols and abbreviations that must be used in programs. Less formally, programmers usually adopt the convention of indenting subordinate instructions in a routine so that the structure of the program is more easily visualized. National and international committees often discuss and arbitrate conventions for programming languages, data structures, communication standards, and device characteristics. *See also* CCITT, ISO, NTSC, standard (definition 1).

**conventional memory** *n.* The amount of RAM addressable by an IBM PC or compatible machine operating in real mode. This is typically 640 kilobytes (KB). Without the use of special techniques, conventional memory is the only kind of RAM accessible to MS-DOS programs. *See also* protected mode, real mode. *Compare* expanded memory, extended memory.

**convergence** *n.* A coming together. Convergence can occur between different disciplines and technologies, as when telephone communications and computing converge in the field of telecommunications. It can also occur within a program, such as a spreadsheet, when a circular set of formulas are repeatedly recalculated (iterated), with the results of each iteration coming closer to a true solution.

**conversational** *adj.* Of, pertaining to, or characteristic of the mode of operation, typical of microcomputers, in which the computer user and the system engage in a dialogue of commands and system responses. *See also* interactive.

**conversational interaction** *n.* Interaction in which two or more parties alternately transmit and receive messages from each other. *See also* interactive processing.

**conversational language** *n.* Any programming language that allows the programmer to instruct the computer in a conversational mode, as opposed to more formal, structured languages. For example, in a COBOL program, in order to execute a procedure called CHECK 10 times, a



DEFCC-000578

Case 1:24-cv-00259-ADA Document 30-40 Filed 10/07/24 Page 5 of 21





**electronics** *n.* The branch of physics dealing with electrons, electronic devices, and electrical circuits.

**Electronics Industries Association** *n. See* EIA.

**electronic software distribution** *n.* A means of directly distributing software to users on line over the Internet. Electronic software distribution is analogous to direct-mail ordering. *Acronym:* ESD.

**electronic spreadsheet** *n. See* spreadsheet program.

**electronic storefront** *n.* A business that displays its merchandise on the Internet and has provisions for contact or online sales.

**electronic text** *n. See* e-text.

**electron tube** *n.* A device for switching and amplifying electronic signals. It consists of a sealed glass container with electronic elements, such as metallic plates and grids, inside. In most applications, tubes have been replaced by transistors, although they are still used in cathode-ray tubes and in some radio frequency circuits and audio amplifiers. *Also called:* vacuum tube, valve. *See also* CRT.

**electrophotographic printers** *n.* Printers in a category including laser, LED, LCD, and ion-deposition printers. In such a printer, a negative image is applied to an electrically charged, photosensitive drum. A photosensitive drum develops a pattern of electrostatic charge on its surface representing the photo negative of the image the drum will print. Powdered ink (toner) adheres to the charged areas of the drum, the drum presses the ink onto the paper, and then heat binds the toner to the paper. The printer types vary mainly in how they charge the drum. *See also* ion-deposition printer, laser printer, LCD printer, LED printer.

**electrophotography** *n.* The production of photographic images using electrostatic charges. This method is used in photocopiers and laser printers. *Also called:* xerography. *See also* electrophotographic printers.

**electroplating** *n.* The use of electrolysis for depositing a thin layer of one material onto another material. *See also* electrolysis.

**electrostatic** *adj.* Of or relating to electric charges that are not flowing along a conducting path. Electrostatic charges are used in copiers and laser printers to hold toner particles on a photoconducting drum and in flatbed plotters to hold the plot medium in place.

**electrostatic discharge** *n.* The discharge of static electricity from an outside source, such as human hands, into an integrated circuit, often resulting in damage to the circuit. *Acronym:* ESD.

**electrostatic plotter** *n.* A plotter that creates an image from a dot pattern on specially coated paper. The paper is electrostatically charged and exposed to toner, which adheres to the dots. Electrostatic plotters can be up to 50 times faster than pen plotters but are more costly. Color models produce images through multiple passes with cyan, magenta, yellow, and black. *See also* plotter. *Compare* electrophotographic printers, pen plotter.

**electrostatic printer** *n. See* electrostatic plotter.

**elegant** *adj.* Combining simplicity, terseness, efficiency, and subtlety. On the academic side of computer science, elegant design (say, of programs, algorithms, or hardware) is a priority, but in the frenetic pace of the computer industry, elegant design may be sacrificed for the sake of speeding a product's development, sometimes resulting in bugs that are difficult to correct.

**element** *n.* **1.** Any stand-alone item within a broader context. For example, a data element is an item of data with the characteristics or properties of a larger set; a picture element (pixel) is one single dot on a computer screen or in a computer graphic; a print element is the part of a daisy-wheel printer that contains the embossed characters. *See also* daisy-wheel printer, data element, graphics primitive, pixel, thimble. **2.** In markup languages such as HTML and SGML, the combination of a set of tags, any content contained between the tags, and any attributes the tags may have. Elements can be nested, one within the other. *See also* attribute (definition 3), HTML, markup language, SGML.

**elevator** *n.* The square box within a scroll bar that can be moved up and down to change the position of text or an image on the screen. See the illustration. *Also called:* scroll box, thumb. *See also* scroll bar.




***Elevator.***



DEFCC-000579

the virus also changes the registry, infects the Normal.dot Word template (which, in turn, infects new documents), and, in Office 2000, disables the Word macro virus warning. Although the Melissa virus does not destroy data, it can affect e-mail performance through the increased volume of messages. If an infected document is open at a time when the day of the month is the same as the minute value of the current time, the virus inserts the text "Twenty-two points, plus triple-word-score, plus fifty points for using all my letters. Game's over. I'm outta here" at the current location of the cursor. The virus was named after an acquaintance of the hacker who developed it.

**meltdown** *n.* **1.** The complete collapse of a computer network caused by a higher level of traffic than the network can support. The term refers, by analogy, to the accidental melting down of a nuclear reactor core. **2.** Colloquially, the breakdown of a person, usually in a job situation, caused by overwork, stress, or failure.

**member** *n.* **1.** In object-oriented programming, a variable or routine that is part of a class. *See also* C++, class. **2.** A value that is part of a set data structure. *See also* set[2] (definition 1).

**membrane keyboard** *n.* A keyboard in which an unbroken plastic or rubber shell (a membrane) covers keys that have little or no travel (movement). Rather than use normal, full-travel keys, membrane keyboards use pressure-sensitive areas that are sometimes, but not always, defined by small bumps under the membrane.

**memo field** *n.* A field in a database file that can contain unstructured text.

**memo pad** *n.* A note-taking feature offered by many personal digital assistants and other handheld computing devices. Memo pad allows for the entry of short notes via typing or handwriting recognition applications. The notes can be categorized, organized, and edited later.

**memory** *n.* A device where information can be stored and retrieved. In the most general sense, memory can refer to external storage such as disk drives or tape drives; in common usage, it refers only to a computer's main memory, the fast semiconductor storage (RAM) directly connected to the processor. *See also* core, EEPROM, EPROM, flash memory, PROM, RAM, ROM. *Compare* bubble memory, mass storage.

**memory bank** *n.* The physical location on a motherboard where a memory module can be inserted. *See also* bank (definition 1).

**memory board** *n.* A plug-in printed circuit board that contains one or more memory chips. *See also* memory chip.

**memory cache** *n. See* CPU cache.

**memory card** *n.* A memory module that is used to extend RAM storage capacity or in place of a hard disk in a portable computer, such as a laptop, notebook, or handheld PC. The module is usually the size of a credit card and can be plugged into a PCMCIA-compliant portable computer. The module can be composed of EPROM, RAM, or ROM chips or flash memory. *Also called:* RAM card, ROM card. *See also* EPROM, flash memory, handheld PC, hard disk, memory cartridge, module (definition 2), PCMCIA, RAM, ROM.

**memory cartridge** *n.* A plug-in module containing RAM (random access memory) chips that can be used to store data or programs. Memory cartridges are used primarily in portable computers as smaller, lighter (but more expensive) substitutes for disk drives. Memory cartridges typically use either a nonvolatile form of RAM, which does not lose its contents when power is turned off, or battery-backed RAM, which maintains its contents by drawing current from a rechargeable battery within the cartridge. *Also called:* RAM cartridge. *See also* memory card, RAM. *Compare* ROM cartridge.

**memory cell** *n.* An electronic circuit that stores one bit of data. *See also* bit.

**memory chip** *n.* An integrated circuit devoted to memory storage. The memory storage can be *volatile* and hold data temporarily, such as RAM, or *nonvolatile* and hold data permanently, such as ROM, EPROM, EEPROM, or PROM. *See also* EEPROM, EPROM, integrated circuit, memory board, nonvolatile memory, PROM, RAM, volatile memory.

**memory management** *n.* **1.** In operating systems for personal computers, procedures for optimizing the use of RAM (random access memory). These procedures include selectively storing data, monitoring it carefully, and freeing memory when the data is no longer needed. Most current operating systems optimize RAM usage on their own; some older operating systems, such as early versions of MS-DOS, required the use of third-party utilities to optimize RAM usage and necessitated that the user be more

M

**modulation** *n.* **1.** The process of changing or regulating the characteristics of a carrier wave vibrating at a certain amplitude (height) and frequency (timing) so that the variations represent meaningful information. **2.** In computer communications, the means by which a modem converts digital information sent by a computer to the audio form that it sends over a telephone line.

**modulation standards** *n.* Protocols that determine how modems convert digital data into analog signals that can be transmitted over telephone lines. Initially, Bell created modulation standards used in the United States, and the CCITT created international recommendations. The ITU-T (formerly called the CCITT) now makes recommendations generally adopted by modem manufacturers both internationally and in the United States. The ITU-TV series recommendations (such as V.34 and V.90) define data communication over the telephone network. The suffixes -bis and -ter (for example, V.32bis) indicate later versions. *See also* V.34, V.90.

**module** *n.* **1.** In programming, a collection of routines and data structures that performs a particular task or implements a particular abstract data type. Modules usually consist of two parts: an interface, which lists the constants, data types, variables, and routines that can be accessed by other modules or routines; and an implementation, which is private (accessible only to the module) and which contains the source code that actually implements the routines in the module. *See also* abstract data type, information hiding, Modula-2, modular programming. **2.** In hardware, a self-contained component that can provide a complete function to a system and can be interchanged with other modules that provide similar functions. *See also* memory card, SIMM.

M

**modulo** *n.* An arithmetic operation whose result is the remainder of a division operation. For example, 17 *modulo* 3 = 2 because 17 divided by 3 yields a remainder of 2. Modulo operations are used in programming.

**moiré** *n.* A visible wavy distortion or flickering in an image that is displayed or printed with an inappropriate resolution. Several parameters affect moiré patterns, including the size and resolution of the image, resolution of the output device, and halftone screen angle.

**molecular beam epitaxy** *n.* A process used in the fabrication of semiconductor devices, such as integrated circuits. A device employing molecular beam epitaxy creates thin layers of semiconducting material by vaporizing the material and then directing a beam of molecules at the substrate on which the layer is to be formed. This technique allows very precise and very thin layers to be created.

**MOM** *n.* Acronym for **m**essaging-**o**riented **m**iddleware. A class of programs that translates data and messages between applications that use one format and communications services (such as NetBIOS and TCP/IP) that expect a different format.

**monadic** *adj. See* unary.

**Money** *n.* Microsoft's Windows-based financial-management software for individuals, families, and small businesses. Money includes tools for managing bank accounts and investments, budgeting, tax estimating and financial planning, and paying bills.

**monitor** *n.* The device on which images generated by the computer's video adapter are displayed. The term *monitor* usually refers to a video display and its housing. The monitor is attached to the video adapter by a cable. *See also* CRT.

**monitoring software** *n.* A program or set of programs used to oversee computer-based systems and networks for the purpose of tracking usage or identifying, reporting on, and solving problems at the earliest possible stage. Monitoring software is used in a variety of areas ranging from hardware platforms and their components to operating systems, databases, Internet/intranet access, and business applications. Typically, different tools are used to monitor individual system components, though the individual monitors might feed information to a higher-level monitor in order to encompass an entire computing environment.

**monitor port** *n. See* display port.

**monochrome** *adj.* Of, pertaining to, or being a monitor that displays images in only one color—black on white (as on early monochrome Macintosh screens) or amber or green on black (as on early IBM and other monochrome monitors). The term is also applied to a monitor that displays only variable levels of a single color, such as a gray-scale monitor.

**monochrome adapter** *n.* A video adapter capable of generating a video signal for one foreground color or sometimes for a range of intensities in a single color, as for a gray-scale monitor.

# Exhibit 5




MCRNVE0009407

DEFCC-000583

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
p. cm.
ISBN 0-7356-1495-4
1. Computers--Dictionaries. 2. Microcomputers--Dictionaries.

AQ76.5. M52267 2002
004'.03--dc21 200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9 QWT 7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

## Contributors

Peter Aiken
Bart Arenson
Janice Borzendowski
Jerome Colburn
Duane Hanson
Andrew Himes
Robert Howecton
Annette B. Jackson
Larry S. Jackson
Thomas A. Jackson
Chris Kinata
Ilana Kingsley
Robin Lombard
Thomas A. Long
William G. Madison
Thomas P. Magliery
David Mason
Terrence M. McLaren
Wallace Parker
Charles Petzold
Phil Rose
John Ross
David Rygmyr
Aimée Truchard
Michael Vose
Bruce Webster
Judson D. Weeks
Tom Winn
JoAnne Woodcock

## Illustrators

Travis Beaven
David Holter
Alton Lawson
Rob Nance
Joel Panchot

**adaptive answering** *n.* The ability of a modem to detect whether an incoming call is a fax or a data transmission and respond accordingly. *See also* modem.

**adaptive delta pulse code modulation** *n.* A class of compression encoding and decoding algorithms used in audio compression and other data compression applications. These algorithms store digitally sampled signals as a series of changes in value, adapting the range of the change with each sample as needed, thus increasing the effective bit resolution of the data. *Acronym:* ADPCM.*See also* pulse code modulation. *Compare* adaptive differential pulse code modulation.

**adaptive differential pulse code modulation** *n.* A digital audio compression algorithm that stores a sample as the difference between a linear combination of previous samples and the actual sample, rather than the measurement itself. The linear combination formula is modified every few samples to minimize the dynamic range of the output signal, resulting in efficient storage. *See also* pulse code modulation. *Compare* adaptive delta pulse code modulation.

**adaptive load balancing** *n. See* load balancing.

**adaptive routing** *n. See* dynamic routing.

**adaptive system** *n.* An artificial intelligence system that is capable of altering its behavior based on certain features of its experience or environment. *See also* expert system.

**ADB** *n. See* Apple Desktop Bus.

**ADC** *n. See* analog-to-digital converter.

**A-D converter** *n. See* analog-to-digital converter.

**adder** *n.* **1.** A component of the CPU (central processing unit) that adds two numbers sent to it by processing instructions. *See also* central processing unit. **2.** A circuit that sums the amplitudes, or strength, of two input signals. *See also* full adder, half adder.

**add-in** *n. See* add-on.

**addition record** *n.* **1.** A file that describes new record entries (such as a new customer, employee, or product) in a database so that they can later be scrutinized and posted. **2.** A record in a change file specifying a new entry. *See also* change file.

**add-on** *n.* **1.** A hardware device, such as an expansion board or chip, that can be added to a computer to expand its capabilities. *Also called:* add-in. *See also* open architecture (definition 2). **2.** A supplemental program that can extend the capabilities of an application program. *See also* utility program.

**address¹** *n.* **1.** A number specifying a location in memory where data is stored. *See also* absolute address, address space, physical address, virtual address. **2.** A name or token specifying a particular computer or site on the Internet or other network. **3.** A code used to specify an e-mail destination.

**address²** *vb.* To reference a particular storage location.

**addressable cursor** *n.* A cursor programmed so that it can be moved to any location on the screen, by means of the keyboard or a mouse.

**address book** *n.* **1.** In an e-mail program, a reference section listing e-mail addresses and individuals' names. **2.** As a Web page, an informal e-mail or URL phone book.

**address bus** *n.* A bus consisting of 20 to 64 separate hardware lines that is used to carry the signals specifying memory locations for data. *See also* bus.

**address classes** *n.* Predefined groupings of Internet addresses with each class defining networks of a certain size. The range of numbers that can be assigned for the first octet in the IP address is based on the address class. Class A networks (values 1 to 126) are the largest, with more than 16 million hosts per network. Class B networks (128 to 191) have up to 65,534 hosts per network, and Class C networks (192 to 223) can have up to 254 hosts per network.

**address decoder** *n.* An electronic device that converts a numeric address to the electrical signals needed to select a specific memory location on one or more RAM chips.

**addressing** *n.* The process of assigning or referring to an address. In programming, the address is typically a value specifying a memory location. *See also* address¹.

**address mapping table** *n.* A table used by routers or DNS (Domain Name System) servers to obtain the corresponding IP (Internet Protocol) address of a text name of a computer resource, such as the name of a host computer on the Internet. *Acronym:* AMT.*See also* DNS server, IP address, router.

**address mark** *n. See* index mark.

**address mask** *n.* A number that, when compared by the computer with a network address number, will block out



MCRNVE0009410

DEFCC-000586

**data** *n.* Plural of the Latin *datum*, meaning an item of information. In practice, *data* is often used for the singular as well as the plural form of the noun. *See also* datum. *Compare* information.

**Data Access Objects** *n.* A data access interface that communicates with Microsoft Jet and ODBC-compliant data sources to connect to, retrieve, manipulate, and update data and the database structure. *Acronym:* DAO.

**data acquisition** *n.* The process of obtaining data from another source, usually one outside a specific system.

**data aggregate** *n.* A collection of data records. It usually includes a description of the placement of the data blocks and their relation to the entire set.

**data attribute** *n.* Structural information about data that describes its context and meaning.

**data bank** *n.* Any substantial collection of data.

**database** *n.* A file composed of records, each containing fields together with a set of operations for searching, sorting, recombining, and other functions. *Acronym:* DB.

**database administrator** *n.* One who manages a database. The administrator determines the content, internal structure, and access strategy for a database, defines security and integrity, and monitors performance. *Acronym:* DBA. *Also called:* database manager.

**database analyst** *n.* One who provides the analytic functions needed to design and maintain applications requiring a database.

**database designer** *n.* One who designs and implements functions required for applications that use a database.

**database engine** *n.* The program module or modules that provide access to a database management system (DBMS).

**database machine** *n.* **1.** A peripheral that executes database tasks, thereby relieving the main computer from performing them. **2.** A database server that performs only database tasks.

**database management system** *n.* A software interface between the database and the user. A database management system handles user requests for database actions and allows for control of security and data integrity requirements. *Acronym:* DBMS. *Also called:* database manager. *See also* database engine.

**database manager** *n.* *See* database administrator, database management system.

**database publishing** *n.* The use of desktop publishing or Internet technology to produce reports containing information obtained from a database.

**database server** *n.* A network node, or station, dedicated to storing and providing access to a shared database. *Also called:* database machine.

**database structure** *n.* A general description of the format of records in a database, including the number of fields, specifications regarding the type of data that can be entered in each field, and the field names used.

**data bit** *n.* In asynchronous communications, one of a group of from 5 to 8 bits that represents a single character of data for transmission. Data bits are preceded by a start bit and followed by an optional parity bit and one or more stop bits. *See also* asynchronous transmission, bit, communications parameter.

**data buffer** *n.* An area in memory where data is temporarily stored while being moved from one location to another. *See also* buffer[1].

**data bus** *n.* *See* bus.

**data cable** *n.* Fiber-optic or wire cable used to transfer data from one device to another.

**data capture** *n.* **1.** The collection of information at the time of a transaction. **2.** The process of saving on a storage medium a record of interchanges between a user and a remote information utility.

**data carrier** *n.* *See* carrier (definition 1).

**Data Carrier Detected** *n.* *See* DCD (definition 1).

**data chaining** *n.* The process of storing segments of data in noncontiguous locations while retaining the ability to reconnect them in the proper sequence.

**data channel** *n.* *See* channel (definition 1).

**data closet** *n.* *See* wiring closet.

**data collection** *n.* **1.** The process of acquiring source documents or data. **2.** The grouping of data by means of classification, sorting, ordering, and other organizing methods.

**datacom** *n.* Short for **data com**munications. *See* communications.

**data communications** *n.* *See* communications.

**data compaction** *n.* *See* data compression.

D

**data flow** or **dataflow** *n.* **1.** The movement of data through a system, from entry to destination. **2.** In parallel processing, a design in which a calculation is made either when all necessary data is available (data-driven processing) or when other processors request the data (demand-driven processing). *See also* parallel processing.

**data fork** *n.* In Macintosh files, the part of a stored document that contains user-supplied information, such as the text of a word-processing document. A Macintosh file can have a data fork, a resource fork (which contains information such as program code, font data, digitized sound, or icons), and a header. All three parts are used by the operating system in file management and storage. *See also* resource (definition 2), resource fork.

**data format** *n.* The structure applied to data by an application program to provide a context in which the data can be interpreted.

**data frame** *n.* A packet of information transmitted as a unit on a network. Data frames are defined by the network's data-link layer and exist only on the wire between network nodes. *See also* data-link layer, frame (definition 2).

**data glove** *n.* A data input device or controller in the form of a glove fitted with sensors that convert movement of the hand and fingers into commands. *See also* virtual reality.

**datagram** *n.* One packet, or unit, of information, along with relevant delivery information such as the destination address, that is sent through a packet-switching network. *See also* packet switching.

**data independence** *n.* The separation of data in a database from the programs that manipulate it. Data independence makes stored data as accessible as possible.

**data integrity** *n.* The accuracy of data and its conformity to its expected value, especially after being transmitted or processed.

**data interchange format** *n.* A format consisting of ASCII codes in which database, spreadsheet, and similar documents can be structured to facilitate their use by and transfer to other programs. *Acronym:* DIF. *See also* ASCII.

**data item** *n. See* data element.

**data library** *n.* A cataloged collection of data files on disk or in another storage medium.

**data link** *n.* A connection between any two devices capable of sending and receiving information, such as a computer and a printer or a main computer and a terminal. Sometimes the term is extended to include equipment, such as a modem, that enables transmission and receiving. Such devices follow protocols that govern data transmission. *See also* communications protocol, data-link layer, DCE (definition 1), DTE.

**Data Link Connection Identifier** *n.* A virtual circuit on frame relay networks that permanently identifies the path to a particular destination. *See also* frame relay, virtual circuit.

**Data Link Control** *n. See* DLC.

**data link escape** *n.* In data transmission, a control character that changes the meaning of the characters immediately following it.

**data-link layer** *n.* The second of seven layers in the ISO/OSI reference model for standardizing computer-to-computer communications. The data-link layer is one layer above the physical layer. Its concern is packaging and addressing data and managing the flow of transmissions. It is the lowest of the three layers (data-link, network, and transport) involved in actually moving data between devices. See the illustration. *See also* ISO/OSI reference model.

| ISO/OSI MODEL | |
|---|---|
| ***ISO/OSI Layer*** | ***Focus*** |
| Application *(highest level)* | Program-to-program transfer of information |
| Presentation | Text formatting and display, code conversion |
| Session | Establishing, maintaining, and coordinating communication |
| Transport | Accurate delivery, service quality |
| Network | Transport routes, message handling and transfer |
| Data-link | Coding, addressing, and transmitting information |
| Physical | Hardware connections |

***Data-link layer on ISO/OSI reference model.***

**data management** *n.* The control of data from acquisition and input through processing, output, and storage. In microcomputers, hardware manages data by gathering it, moving it, and following instructions to process it. The operating system manages the hardware and ensures that

D

logical inference from a set of facts and rules. *See also* Prolog.

**infinite loop** *n.* **1.** A loop that, because of semantic or logic errors, can never terminate through normal means. **2.** A loop that is intentionally written with no explicit termination condition but will terminate as a result of side effects or direct intervention. *See also* loop[1] (definition 1), side effect.

**infix notation** *n.* A notation, used for writing expressions, in which binary operators appear between their arguments, as in 2 + 4. Unary operators usually appear before their arguments, as in –1. *See also* operator precedence, postfix notation, prefix notation, unary operator.

**.info** *n.* One of seven new top-level domain names approved in 2001 by the Internet Corporation for Assigned Names and Numbers (ICANN). Unlike the other new domain names, which focus on specific types of Web sites, .info is meant for unrestricted use.

**infobahn** *n.* The Internet. *Infobahn* is a mixture of the terms *information* and *Autobahn*, a German highway known for the high speeds at which drivers can legally travel. *Also called:* Information Highway, Information Superhighway, the Net.

**infomediary** *n.* A term created from the phrase *information intermediary*. A service provider that positions itself between buyers and sellers, collecting, organizing, and distributing focused information that improves the interaction of consumer and online business.

**information** *n.* The meaning of data as it is intended to be interpreted by people. Data consists of facts, which become information when they are seen in context and convey meaning to people. Computers process data without any understanding of what the data represents.

**Information Analysis Center** *n. See* IAC.

**Information and Content Exchange** *n. See* ICE (definition 1).

**information appliance** *n.* A specialized computer designed to perform a limited number of functions and, especially, to provide access to the Internet. Although devices such as electronic address books or appointment calendars might be considered information appliances, the term is more typically used for devices that are less expensive and less capable than a fully functional personal computer. Set-top boxes are a current example; other devices, envisioned for the future, would include network-aware microwaves, refrigerators, watches, and the like. *Also called:* appliance.

**information center** *n.* **1.** A large computer center and its associated offices; the hub of an information management and dispersal facility in an organization. **2.** A specialized type of computer system dedicated to information retrieval and decision-support functions. The information in such a system is usually read-only and consists of data extracted or downloaded from other production systems.

**information engineering** *n. See* IE (definition 1).

**information explosion** *n.* **1.** The current period in human history, in which the possession and dissemination of information has supplanted mechanization or industrialization as a driving force in society. **2.** The rapid growth in the amount of information available today. *Also called:* information revolution.

**information hiding** *n.* A design practice in which implementation details for both data structures and algorithms within a module or subroutine are hidden from routines using that module or subroutine, so as to ensure that those routines do not depend on some particular detail of the implementation. In theory, information hiding allows the module or subroutine to be changed without breaking the routines that use it. *See also* break, module, routine, subroutine.

**Information Highway** or **information highway** *n. See* Information Superhighway.

**Information Industry Association** *n. See* SIIA.

**information kiosk** *n. See* kiosk.

**information management** *n.* The process of defining, evaluating, safeguarding, and distributing data within an organization or a system.

**information packet** *n. See* packet (definition 1).

**information processing** *n.* The acquisition, storage, manipulation, and presentation of data, particularly by electronic means.

**information resource management** *n.* The process of managing the resources for the collection, storage, and manipulation of data within an organization or system.

**information retrieval** *n.* The process of finding, organizing, and displaying information, particularly by electronic means.

**information revolution** *n. See* information explosion.

I

**read**[1] *n.* The action of transferring data from an input source into a computer's memory or from memory into the CPU (central processing unit). *Compare* write[1].

**read**[2] *vb.* To transfer data from an external source, such as from a disk or the keyboard, into memory or from memory into the central processing unit (CPU). *Compare* write[2].

**read-after-write** *n.* A feature of certain data storage devices, such as tape drives, in which the device reads data immediately after it is written as a means of verifying data integrity.

**reader** *n. See* card reader.

**Reader** *n. See* Microsoft Reader.

**read error** *n.* An error encountered while a computer is in the process of obtaining information from storage or from another source of input. *Compare* write error.

**README** *n.* A file containing information that the user either needs or will find informative and that might not have been included in the documentation. README files are placed on disk in plain-text form (without extraneous or program-specific characters) so that they can be read easily by a variety of word processing programs.

**read notification** *n.* An e-mail feature providing feedback to the sender that a message has been read by the recipient.

**read-only** *adj.* Capable of being retrieved (read) but not changed (written). A read-only file or document can be displayed or printed but not altered in any way. Read-only memory (ROM) holds programs that cannot be changed; a read-only storage medium, such as CD-ROM, can be played back but cannot be used for recording information. *Compare* read/write.

R

**read-only attribute** *n.* A file attribute, stored with a file's directory entry, indicating whether or not a file may be changed or erased. When the read-only attribute is off, the file can be modified or deleted; when it is on, the file can only be displayed.

**read-only memory** *n. See* ROM.

**read-only terminal** *n. See* RO terminal.

**read/write** *adj.* Able to be both read from and written to. *Abbreviation:* R/W. *Compare* read-only.

**read/write channel** *n. See* input/output channel.

**read/write head** *n. See* head.

**read/write memory** *n.* Memory that can be both read from and written to (modified). Semiconductor RAM and core memory are typical read/write memory systems. *Compare* ROM (definition 2).

**real address** *n.* An absolute (machine) address specifying a physical location in memory. *See also* physical address. *Compare* relative address, virtual address.

**RealAudio** *n.* Streaming audio technology developed by RealNetworks, Inc., for distributing radio and FM-quality sound files over the Internet in real time. RealAudio is based on two components: client software for decompressing the sound on the fly and server software for delivering it. The client software is free, distributed either as a downloadable program or as part of browser software. *See also* RealPlayer, RealVideo, stream, streaming.

**reallocate** *n.* A function in C that allows the programmer to request a larger portion of heap memory than was previously assigned to a particular pointer. *See also* dynamic memory allocation, heap (definition 1).

**reallysafe palette** *n.* A color look-up table (CLUT) consisting of 22 colors from the 216-color websafe palette that are completely consistent when viewed with all Web browsers on all major computer platforms. The reallysafe palette arose from an experiment that indicated that most of the colors of the websafe palette shift to some degree in different viewing environments. *See also* browser CLUT, websafe palette.

**real mode** *n.* An operating mode in the Intel 80x86 family of microprocessors. In real mode, the processor can execute only one program at a time. It can access no more than about 1 MB of memory, but it can freely access system memory and input/output devices. Real mode is the only mode possible in the 8086 processor and is the only operating mode supported by MS-DOS. In contrast, the protected mode offered in the 80286 and higher microprocessors provides the memory management and memory protection needed for multitasking environments such as Windows. *See also* 8086, privileged mode. *Compare* protected mode, virtual real mode.

Microsoft

Microsoft®

# Computer Dictionary

Fifth Edition



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
p. ; cm.
ISBN 0-7356-1495-4
1. Computers--Dictionaries. 2. Microcomputers--Dictionaries.

AQ76.5. M52267 2002
004'.03--dc21 200219714

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9 QWT 7 6 5 4 3 2

Distributed in Canada by Penguin Books Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

B

equipment, such as a transformer or a power line. A blackout might or might not damage a computer, depending on the state of the computer when the blackout occurs. As with switching a computer off before saving any data, a blackout will cause all unsaved data to be irretrievably lost. The most potentially damaging situation is one in which a blackout occurs while a disk drive is reading information from or writing information to a disk. The information being read or written will probably become corrupted, causing the loss of a small part of a file, an entire file, or the entire disk; the disk drive itself might suffer damage as a result of the sudden power loss. The only reliable means of preventing damage caused by a blackout is to use a battery-backed uninterruptible power supply (UPS). *See also* UPS. *Compare* brownout.

**blank**[1] *n.* The character entered by pressing the spacebar. *See also* space character.

**blank**[2] *vb.* To not show or not display an image on part or all of the screen.

**blanking** *n.* The brief suppression of a display signal as the electron beam in a raster-scan video monitor is moved into position to display a new line. After tracing each scan line, the beam is at the right edge of the screen and must return to the left (horizontal retrace) to begin a new line. The display signal must be turned off during the time of the retrace (horizontal blanking interval) to avoid overwriting the line just displayed. Similarly, after tracing the bottom scan line, the electron beam moves to the top left corner (vertical retrace), and the beam must be turned off during the time of this retrace (vertical blanking interval) to avoid marking the screen with the retrace path.

**blast** *vb. See* burn (definition 1).

**bleed** *n.* In a printed document, any element that runs off the edge of the page or into the gutter. Bleeds are often used in books to mark important pages so they are easier to find. *See also* gutter.

**blend**[1] *n.* A photo or graphic created with a software blending process.

**blend**[2] *vb.* In illustration and other graphics software, to create a new combined graphic from two or more separate graphic elements. Photos, art, colors, shapes, and text may be blended together digitally. Graphic elements may be blended for artistic effect, or may be realistic enough to appear as a single photo or graphic.

**blind carbon copy** *n. See* bcc.

**blind courtesy copy** *n. See* bcc.

**blind search** *n.* A search for data in memory or on a storage device with no foreknowledge as to the data's order or location. *See also* linear search. *Compare* binary search, indexed search.

**blink** *vb.* To flash on and off. Cursors, insertion points, menu choices, warning messages, and other displays on a computer screen that are intended to catch the eye are often made to blink. The rate of blinking in a graphical user interface can sometimes be controlled by the user.

**blink speed** *n.* The rate at which the cursor indicating the active insertion point in a text window, or other display element, flashes on and off.

**blip** *n.* A small, optically sensed mark on a recording medium, such as microfilm, that is used for counting or other tracking purposes.

**blit** *vb.* To render a glyph/bitmap to the display. *Also called:* blitting. *See also* bit block transfer.

**blitter** *n.* A function that copies a bitmap from memory onto the screen.

**bloatware** *n.* Software whose files occupy an extremely large amount of storage space on a user's hard disk, especially in comparison with previous versions of the same product.

**block**[1] *n.* **1.** Generally, a contiguous collection of similar things that are handled together as a whole. **2.** A section of random access memory temporarily assigned (allocated) to a program by the operating system. **3.** A group of statements in a program that are treated as a unit. For example, if a stated condition is true, all of the statements in the block are executed, but none are executed if the condition is false. **4.** A unit of transmitted information consisting of identification codes, data, and error-checking codes. **5.** A collection of consecutive bytes of data that are read from or written to a device (such as a disk) as a group. **6.** A rectangular grid of pixels that are handled as a unit. **7.** A segment of text that can be selected and acted upon as a whole in an application. **8.** In the Java programming language, any code between matching braces constitutes a block. For example, { x = 1; }. *See also* code, Java.

**block**[2] *vb.* **1.** To distribute a file over fixed-size blocks in storage. **2.** To prevent a signal from being transmitted.

3. To select a segment of text, by using a mouse, menu selection, or cursor key, to be acted upon in some way, such as to format or to delete the segment.

**block cipher** *n.* A private key encryption method that encrypts data in blocks of a fixed size (usually 64 bits). The encrypted data block contains the same number of bits as the original. *See also* encryption, private key.

**block cursor** *n.* An on-screen cursor that has the same width and height in pixels as a text-mode character cell. A block cursor is used in text-based applications, especially as the mouse pointer when a mouse is installed in the system. *See also* character cell, cursor (definition 1), mouse pointer.

**block device** *n.* A device, such as a disk drive, that moves information in blocks—groups of bytes—rather than one character (byte) at a time. *Compare* character device.

**block diagram** *n.* A chart of a computer or other system in which labeled blocks represent principal components and lines and arrows between the blocks show the pathways and relationships among the components. A block diagram is an overall view of what a system consists of and how it works. To show the various components of such a system in more detail, different types of diagrams, such as flowcharts or schematics, are used. See the illustration. *Compare* bubble chart, flowchart.




***Block diagram.***

**block gap** *n.* The unused physical space that separates blocks of data or physical records on a tape or formatted sectors on a disk. *Also called:* IBG, interblock gap.

**block header** *n.* Information that appears at the beginning of a block of data and serves such purposes as signaling the beginning of the block, identifying the block, providing error-checking information, and describing such characteristics as the block length and the type of data contained in the block. *See also* header (definition 2).

**blocking factor** *n.* **1.** The size of the chunks in which data is transferred to or from a block device such as a disk. If fewer bytes are requested, the disk drive will still read the whole block. Common blocking factors on personal computers are 128, 256, and 512 bytes. **2.** The number of file records in one disk block. If the record length for a file is 170 bytes, a block on the disk contains 512 bytes, and records do not span blocks, then the blocking factor is 3, and each block contains 510 (170 x 3) bytes of data and 2 unused bytes.

**block length** *n.* The length, usually in bytes, of a block of data. Block length typically ranges from 512 bytes through 4096 kilobytes (KB), depending on the purpose for which the block is used.

**block move** *n.* Movement of a number of items of data together to a different location, as in reorganizing documents with a word processor or moving the contents of cell ranges in a spreadsheet. Most CPUs have instructions that easily support block moves.

**block size** *n.* The declared size of a block of data transferred internally within a computer, via FTP, or by modem. The size is usually chosen to make the most efficient use of all the hardware devices involved. *See also* FTP[1] (definition 1).

**block structure** *n.* The organization of a program into groups of statements called *blocks,* which are treated as units. Programming languages such as Ada, C, and Pascal were designed around block structure. A block is a section of code surrounded by certain delimiters (such as BEGIN and END or { and }), which signify that the intervening code can be treated as a related group of statements. For example, in C, each function is a separate block. Block structure also limits the scope of constants, data types, and variables declared in a block to that block. *See also* function (definition 2), procedure, scope (definition 1).

**block transfer** *n.* The movement of data in discrete blocks (groups of bytes).

**blog[1]** *n. See* weblog.

**blog[2]** *vb.* To create or maintain a weblog.

**blogger** *n.* One who creates or maintains a weblog.

**blow** *vb. See* burn (definition 1).

**blow up** *vb.* To terminate abnormally, as when a program crosses some computational or storage boundary and cannot handle the situation on the other side, as in, "I tried to

**data flow** or **dataflow** *n.* **1.** The movement of data through a system, from entry to destination. **2.** In parallel processing, a design in which a calculation is made either when all necessary data is available (data-driven processing) or when other processors request the data (demand-driven processing). *See also* parallel processing.

**data fork** *n.* In Macintosh files, the part of a stored document that contains user-supplied information, such as the text of a word-processing document. A Macintosh file can have a data fork, a resource fork (which contains information such as program code, font data, digitized sound, or icons), and a header. All three parts are used by the operating system in file management and storage. *See also* resource (definition 2), resource fork.

**data format** *n.* The structure applied to data by an application program to provide a context in which the data can be interpreted.

**data frame** *n.* A packet of information transmitted as a unit on a network. Data frames are defined by the network's data-link layer and exist only on the wire between network nodes. *See also* data-link layer, frame (definition 2).

**data glove** *n.* A data input device or controller in the form of a glove fitted with sensors that convert movement of the hand and fingers into commands. *See also* virtual reality.

**datagram** *n.* One packet, or unit, of information, along with relevant delivery information such as the destination address, that is sent through a packet-switching network. *See also* packet switching.

**data independence** *n.* The separation of data in a database from the programs that manipulate it. Data independence makes stored data as accessible as possible.

**data integrity** *n.* The accuracy of data and its conformity to its expected value, especially after being transmitted or processed.

**data interchange format** *n.* A format consisting of ASCII codes in which database, spreadsheet, and similar documents can be structured to facilitate their use by and transfer to other programs. *Acronym:* DIF. *See also* ASCII.

**data item** *n. See* data element.

**data library** *n.* A cataloged collection of data files on disk or in another storage medium.

**data link** *n.* A connection between any two devices capable of sending and receiving information, such as a computer and a printer or a main computer and a terminal. Sometimes the term is extended to include equipment, such as a modem, that enables transmission and receiving. Such devices follow protocols that govern data transmission. *See also* communications protocol, data-link layer, DCE (definition 1), DTE.

**Data Link Connection Identifier** *n.* A virtual circuit on frame relay networks that permanently identifies the path to a particular destination. *See also* frame relay, virtual circuit.

**Data Link Control** *n. See* DLC.

**data link escape** *n.* In data transmission, a control character that changes the meaning of the characters immediately following it.

**data-link layer** *n.* The second of seven layers in the ISO/OSI reference model for standardizing computer-to-computer communications. The data-link layer is one layer above the physical layer. Its concern is packaging and addressing data and managing the flow of transmissions. It is the lowest of the three layers (data-link, network, and transport) involved in actually moving data between devices. See the illustration. *See also* ISO/OSI reference model.

| ISO/OSI MODEL | |
|---|---|
| ***ISO/OSI Layer*** | ***Focus*** |
| Application *(highest level)* | Program-to-program transfer of information |
| Presentation | Text formatting and display, code conversion |
| Session | Establishing, maintaining, and coordinating communication |
| Transport | Accurate delivery, service quality |
| Network | Transport routes, message handling and transfer |
| Data-link | Coding, addressing, and transmitting information |
| Physical | Hardware connections |

***Data-link layer on ISO/OSI reference model.***

**data management** *n.* The control of data from acquisition and input through processing, output, and storage. In microcomputers, hardware manages data by gathering it, moving it, and following instructions to process it. The operating system manages the hardware and ensures that

D



DEFCC-000595