# EXHIBIT
# 41

# WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY

**Steven M. Kaplan**
Lexicographer

IEEE
IEEE PRESS

WILEY-INTERSCIENCE

A JOHN WILEY & SONS, INC., PUBLICATION

Copyright © 2004 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representation or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of | merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 877-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print, however, may not be available in electronic format.

***Library of Congress Cataloging-in-Publication Data is available.***

Kaplan, Steven M.

Wiley Electrical and Electronics Engineering Dictionary

ISBN 0-471-40224-9

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

**dampen** To gradually decrease the amplitude of a signal, wave, oscillation, or vibration. For example, the use of acoustic absorption to dissipate incident acoustic waves. Also called **damp**.

**damper** **1.** A diode utilized to limit unwanted oscillations. Also called **damper tube (1)**, **damper diode (1)**, **damping tube (1)**, or **damping diode (1)**. **2.** In a TV receiver, a diode used to limit unwanted oscillations in the horizontal deflection circuit. Also called **damper tube (2)**, **damper diode (2)**, **damping tube (2)**, or **damping diode (2)**. **3.** A device which provides **damping (1)**, or **damping (3)**.

**damper diode** **1.** Same as **damper (1)**. **1.** Same as **damper (2)**.

**damper tube** **1.** Same as **damper (1)**. **1.** Same as **damper (2)**.

**damper winding** A winding which serves to dampen any oscillations in a synchronous motor. Also called **amortisseur winding**.

**damping** **1.** A gradual reduction or limiting in the amplitude of a vibrating motion, such as an oscillation. Such decreases are due, for instance, to energy losses to friction. In measuring instruments, damping may be introduced to minimize oscillation or overshoot. **2.** The extent of the reduction in amplitude **damping (1)** provides. **3.** The reduction of the magnitude of vibration or resonance of a surface or material, in order to reduce or eliminate sound waves. Also called **acoustic damping**, or **soundproofing**.

**damping coefficient** Same as **damping factor (1)**.

**damping diode** **1.** Same as **damper (1)**. **1.** Same as **damper (2)**.

**damping factor** **1.** For an underdamped vibrational system, the ratio of the amplitude of a given vibration, to that of the next vibration. For example, the ratio of the amplitude of a damped oscillation to the succeeding one. Also called **damping coefficient**, or **damping ratio**. **2.** The natural logarithm of the **damping factor (1)**. Also called **decrement (3)**, or **logarithmic decrement**. **3.** The ratio of the nominal impedance of a speaker, to the total impedance driving it. A higher damping ratio stabilizes the driven speaker, and improves its performance.

**damping magnet** A permanent magnet whose field is utilized to dampen the movement of a moving conductor, such as a disk.

**damping material** A material, such as glass wool, which is placed within the enclosure of a speaker to absorb sound and reduce out-of-phase reflections.

**damping ratio** Same as **damping factor (1)**.

**damping resistor** A resistor that provides **damping (1)**. For instance, such a resistor used in a galvanometer to minimize oscillation or overshoot.

**damping tube** **1.** Same as **damper (1)**. **1.** Same as **damper (2)**.

**Daniell cell** A primary cell consisting of a zinc-mercury anode in dilute sulfuric acid, and a copper cathode in a copper sulfate solution, each solution separated by a porous partition. It has a voltage of approximately 1.08.

**DAP** Abbreviation of **Directory Access Protocol**.

**DAP protocol** Same as **Directory Access Protocol**.

**daraf** A unit of elastance, which is the reciprocal of capacitance. **Daraf** is **farad** spelled backwards, as elastance expressed in darafs is equal to 1 divided by capacitance expressed in farads.

**dark conduction** Conduction of current that occurs in a photosensitive material when it is not illuminated. An example is residual conduction in a photoconductive cell after the source of illumination is removed.

**dark current** Current that flows through a photosensitive material when it is off, or not illuminated. An example is a residual current flowing through a photoconductive cell after the source of illumination is removed. Also called **electrode dark current**.

**dark discharge** An electric discharge, such as that which may occur in a gas, that does not emit light.

**dark fiber** Fiber-optic cable that is installed but that has no electronics, such as transmitters or regenerators, connected to it. Such cables may be leased or sold to customers that add the required components. This contrasts with **lit fiber**, which does handle communications traffic.

**dark resistance** The resistance of a photosensitive material in total darkness.

**dark space** **1.** A dark zone within a glow-discharge tube. For instance, an Aston dark space, or a Crookes dark space. **2.** In a glow-discharge tube, a narrow dark space near the cathode, between the cathode glow and the negative glow. Also called **Crookes dark space**, **cathode dark space**, or **Hittorf dark space**.

**dark spot** A dark area, that may appear in a received TV image, which is caused by clouds of electrons forming within a TV camera tube.

**dark-trace tube** A type of CRT whose screen is specially coated, so that it darkens when impacted by electrons. The displayed signals on such a screen are presented as dark traces or blips against a bright background. Also called **skiatron**.

**Darlington amplifier** An amplifier consisting of a **Darlington pair**. Such an amplifier provides high input impedance and high current gain.

**Darlington pair** A compound connection of two bipolar junction transistors whose collectors are connected, and in which the emitter of the input transistor is connected to the base of the output transistor. Both transistors are usually mounted on the same transistor housing. Also called **double emitter follower**.

**DARS** Abbreviation of **digital audio radio service**. A broadcast radio service in which content is digitally encoded. Such broadcasts may or may not be transmitted via satellite.

**DAS** **1.** Abbreviation of **data-acquisition system**. **2.** Abbreviation of **dual-attachment station**.

**DASD** Acronym for **direct-access storage device**.

**dashpot** A device utilized for damping and controlling motion. It consists of a cylinder with a contained piston, whose motion is damped by a contained liquid or gas.

**DAT** **1.** Abbreviation of **digital audio tape**. **2.** Abbreviation of **dynamic address translator**.

**data** **1.** Factual information, such as that derived from observation, experimentation, or calculation, especially that which is used for processing and/or further analysis. **2.** Information which is represented in a manner suitable for digital transmission or computer use. **3.** Originally the plural form of the word **datum**, although **data** is commonly used in either the plural or singular form.

**data abstraction** **1.** In object-oriented programming, the abstraction of the underlying structure of data. **2.** In object-oriented programming, the abstraction of the items contained in a data type.

**data acquisition** **1.** The gathering of data, especially that which is to be used for processing and/or analysis. The collecting of such data may be manual or automatic. **2.** The gathering of data which is, or is to be represented in a manner suitable for digital transmission or computer processing.

**data-acquisition computer** A computer used for **data acquisition**. Such a computer may have analog and/or digital inputs from signals generated by measuring instruments.

**erbium** A soft and malleable metallic chemical element with atomic number 68. It has nearly 30 known isotopes, of which several are stable. Used, for instance, in lasers, semiconductors, nuclear reactors, and in certain ceramics. Its chemical symbol is **Er**.

**erbium-doped fiber amplifier** Its abbreviation is **EDFA**. A broadband optical amplifier consisting of glass optical fibers doped with erbium. An EFDA increases the optical signal itself, as opposed to having to convert said signal into an electrical signal, which is amplified, then reconverted into light. EFDAs feature low insertion loss, high fiber-to-fiber gain, and no polarization sensitivity, but are limited by the buildup of spontaneous-emission noise.

**erbium laser** A laser, such as a YAG laser, whose crystal contains erbium impurities. Used, for instance, in surgery.

**erbium oxide** A pink powder whose chemical formula is $Er_2O_3$. Used in lasers, semiconductors, special glasses, and as a phosphor activator.

**ERD** Abbreviation of **elastic recoil detection**.

**ERDA** Abbreviation of **elastic recoil detection analysis**.

**erg** The unit of work in the cgs system. It is equal to the work done by a force of one dyne acting through a distance of 1 centimeter. It is also equal to 0.1 microjoule.

**ergonomic** **1.** Pertaining to **ergonomics**. **2.** Designed and created according to the principles of ergonomics.

**ergonomic keyboard** A computer keyboard that conforms to the principles of **ergonomics**. For instance, one that can provides for proper wrist support, and for the fingers to type in a natural position.

**ergonomics** The science dealing with the design and creation of devices, equipment, and environments which factor in the needs of its human users. That which is ergonomic, for instance, seeks to maximize comfort, posture, safety, and ease of use. Also called **human-factors engineering**.

**erlang** A time unit used for measuring telephone communications traffic. One erlang equals one call hour, 36 centum call seconds, or 3600 call seconds.

**ERP** Abbreviation of **effective radiated power**. **2.** Abbreviation of **Enterprise Resource Planning**.

**error** **1.** A deviation from a true, expected, or specified result. For example, a discrepancy between a calculated, observed, or measured value, and the theoretically correct one. Another example is the presence of a difference between transmitted and received data. **2.** The magnitude or degree of an **error (1)**. **3.** In computers, an inability to carry out an operation, or an incorrect result, as a result of a software and/or hardware deficiency, or mistakes by a user.

**Error 404** An error message displayed by a Web browser when it cannot locate a given Web page, file, or URL, as occurs, for instance, when a page no longer exists, the server is not available, or an address has been incorrectly typed. Also called **404 Error**, **404 Not Found**, or **HTTP Error 404**.

**error amplifier** An amplifier, such as a differential amplifier, which produces an error signal when a sensed output diverges from a reference voltage.

**error checking** The detection of errors, such as those that may occur in the transmission of data. Any of various methods may be used for this task, such as performing a cyclic redundancy check. Also called **error control**, or **error detection**.

**error checking and correction** Same as **error detection and correction**. Its abbreviation is **ECC**.

**error condition** A state or circumstance in which an error is occurring, or has occurred.

**error control** Same as **error checking**.

**error-correcting code** Same as **error-correction coding**.

**error-correcting code memory** Same as **ECC memory**.

**error-correcting code random-access memory** Same as **ECC memory**.

**error correction** The correcting of errors, usually through automatic means. Ideally, all errors would be detected, then corrected, without interrupting any ongoing processes.

**error-correction coding** A coding technique in which sent data is automatically checked for errors upon reception. If any errors are detected, they are automatically corrected. This method has a maximum of detectable errors, and once reached, is no longer reliable in this capacity. Used, for instance, by modems, and in RAIDs. Also called **error-correcting code**.

**error-correction mechanism** A mechanism or technique, such as error correction coding, which serves to correct errors.

**error corrector** A device or mechanism which corrects errors.

**error current** In an automatic control system, a current that is proportional to the difference between the actual operating quantity and a quantity which would be within the specified parameters. Such a current is utilized for automatic correction.

**error detection** Same as **error checking**.

**error detection and correction** Also called **error checking and correction**. Its abbreviation is **EDC**, or **EDAC**. **1.** A method for detecting errors in data which is transmitted or stored, followed by corrective measures. For instance, error-correction coding may be used for this purpose. **2.** Any method of detecting errors which is followed by corrective measures.

**error detection mechanism** A mechanism or technique, such as feedback or parity checking, which serves to detect errors.

**error detector** A device or mechanism which detects errors.

**error handling** The manner in which a routine, program, system, or user responds to encountered errors. For instance, a programming language which inform of errors, and helps in dealing with them.

**error interrupt** A halt in the execution of a computer program, due to an error.

**error log** A record of computer and/or network error events. Used, for example, to find the origin of problems.

**error message** A message from a computer program or operating system indicating that an error has occurred. Such a message usually indicates that the error must be corrected before continuing. Some errors simply require an acknowledgement for correction, while others require stronger measures, such as rebooting.

**error range** A range of values within which an input will cause an error. For instance, a division by zero, or by a number so small that the result exceeds the capability of a program or computer.

**error rate** The frequency with which errors occur. In communications, it is a measure of data transmission integrity. It may be quantified, for instance, as a given number of erroneous bits per million transmitted bits.

**error ratio** The total number of errors, divided by the total number of units of data transmitted, received, transferred, or processed.

**error recovery** The process of successfully dealing with an error, ideally without interrupting any ongoing operation. If an error causes a halt, then error recovery involves restoring the system to the state it was in before said error occurred.

**error routine** A software routine that is utilized to address errors that occur. Such a routine may, for instance, generate a detailed report and/or automatically implement corrective measures.

# WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY

**Steven M. Kaplan**
**Lexicographer**

IEEE
IEEE PRESS

WILEY-INTERSCIENCE

A JOHN WILEY & SONS, INC., PUBLICATION

Copyright © 2004 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representation or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 877-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print, however, may not be available in electronic format.

***Library of Congress Cataloging-in-Publication Data is available.***

Kaplan, Steven M.

Wiley Electrical and Electronics Engineering Dictionary

ISBN 0-471-40224-9

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

as the outer conductor. Such cables produce almost no external fields, nor are they too susceptible to them. This makes them well-suited for a variety of applications, including their use in transmitting cable TV, linking computer networks, and for various radio applications. Also called **coax, coax cable, coaxial line, coax line, coaxial transmission line, concentric cable, concentric line,** or **cable (3).**

**coaxial cable connector** Same as **coaxial connector.**

**coaxial capacitor** Same as **cylindrical capacitor.**

**coaxial cavity** A cylindrical resonant cavity in which a center rod is in contact with reflecting surfaces and/or a tuning piston. Also called **coaxial resonating cavity,** or **coaxial cavity resonator.**

**coaxial cavity resonator** Same as **coaxial cavity.**

**coaxial connector** A fixture which enables connection of a coaxial cable between electrical devices. Such a fixture may be either a coaxial jack or a coaxial plug. There are various types, including BNC connectors, and F connectors. Also called **coaxial terminal,** or **coaxial cable connector.**

**coaxial diode** A diode suitable for use with coaxial cables.

**coaxial filter** **1.** A filter suitable for use with coaxial cables. **2.** A filter composing a section of a coaxial cable.

**coaxial jack** A connector designed to match the appropriate coaxial plug, in order to make a connection. A **coaxial plug** is inserted into a **coaxial jack.**

**coaxial line** Same as **coaxial cable.**

**coaxial loudspeaker** Same as **coaxial speaker.**

**coaxial plug** A connector designed to match the appropriate coaxial jack, in order to make a connection. A **coaxial plug** is inserted into a **coaxial jack.**

**coaxial receptacle** A receptacle, such as a coaxial jack, which enables connection of a coaxial cable. A coaxial receptacle, for instance, may be found in the back of a satellite decoder, or protruding from a wall.

**coaxial relay** A relay suitable for use with a coaxial cable, without appreciably changing the properties of the line.

**coaxial resonating cavity** Same as **coaxial cavity.**

**coaxial speaker** A speaker system which incorporates two concentric speaker units, usually consisting of a tweeter mounted within a woofer, so that the sound radiates from a common axis. Also called **coaxial loudspeaker.**

**coaxial splitter** A coaxial connector which divides a signal so that it will travel over multiple paths. Used, for instance, as an antenna splitter.

**coaxial stub** A short length of coaxial cable used to branch another coaxial cable, usually appreciably changing the properties of the line.

**coaxial switch** An switch suitable for use with a coaxial cable, without appreciably changing the properties of the line.

**coaxial terminal** Same as **coaxial connector.**

**coaxial transmission line** Same as **coaxial cable.**

**coaxial wavemeter** A wavemeter incorporating an inner conductor in its central axis, upon which a sliding disk moves for tuning. Used, for instance, at microwave frequencies.

**COB** Abbreviation of **chip-on-board.**

**cobalt** A shining steel-gray metallic element whose atomic number is 27. It is hard, ductile, reactive, ferromagnetic, and has about 20 known isotopes, of which one is stable. Its applications in electronics include its use in certain cermets, for plating, and in semiconductors. Its chemical symbol is Co.

**cobalt potassium cyanide** Yellow crystals used in electronics research.

**cobalt silicide** A chemical compound used as a semiconductor.

**cobaltic-cobaltous oxide** Black or gray crystals whose chemical formula is $Co_3O_4$. Used in semiconductors. Also called **cobaltosic oxide.**

**cobaltic potassium nitrite** Yellow crystals used in ceramics.

**cobaltite** A silver-white to grayish mineral whose chemical formula is **CoAsS.** Used in ceramics.

**cobaltosic oxide** Same as **cobaltic-cobaltous oxide.**

**cobaltous ammonium sulfate** Red crystals used in ceramics and for cobalt plating.

**cobaltous carbonate** Red crystals whose chemical formula is $CoCO_3$. Used in ceramics.

**cobaltous chloride** Pale blue crystals whose chemical formula is $CoCl_2$. Used in electroplating.

**cobaltous hydroxide** A blue-green or rose-red powder whose chemical formula is $Co(OH)_2$. Used in storage-battery electrodes.

**cobaltous oxide** A grayish powder whose chemical formula is **CoO.** Used in ceramics and semiconductors.

**cobaltous sulfate** A red powder whose chemical formula is $CoSO_4$. Used in storage batteries, for plating, and in ceramics.

**COBOL** Acronym for **common business-oriented language.** A high-level programming language which has existed for over four decades, yet is still popular in business applications. It tends to be wordy, making for longer, yet more understandable, programs.

**COC** Abbreviation of **chip-on-chip.**

**COC technology** Abbreviation of **chip-on-chip technology.**

**cochannel interference** Same as **co-channel interference.**

**Cockcroft-Walton accelerator** A high-voltage DC particle accelerator which incorporates an array of rectifiers which rectify the lower AC voltage input, and capacitors which are charged by the DC. Also called **Cockcroft-Walton generator.**

**Cockcroft-Walton generator** Same as **Cockcroft-Walton accelerator.**

**codan** Acronym for **carrier-operated device antinoise.**

**code** **1.** A system of symbols or values, accompanied by rules used to represent information, such as data, and to convert it from one form to another. For instance, ASCII code. **2.** A set of computer program instructions. Also called **program code,** or **computer code (1).** Also, to write such instructions. **3.** A set of programming instructions and statements that are expressed in a form suitable for input into an assembler, compiler, or translator, which in turn transforms said code into machine code. Such code is usually written in a high-level or assembly language which is understandable by humans, while only machine code can be directly executed by the CPU. Also called **source code.** **4.** To scramble information, such as data, in a manner which only those with a key can decipher. Usually used for security purposes. Also called **encode (2), encrypt,** or **scramble (1). 5.** Information which scrambled, or encoded. **6.** The key to unscramble coded information. Also called **key (2).**

**code character** A character utilized to represent information within a code, and which has been derived in accordance with this code. For instance, a numeric value representing a text character in ASCII code.

**code character set** The complete set of characters utilized in a code.

**code conversion** **1.** A transformation of information, such as data, from one code to another. **2.** A translation of program instructions between forms. For instance, between a programming language and machine language.

**code converter** Hardware or software which executes **code conversions.**