# EXHIBIT 42

The Facts On File

# DICTIONARY of COMPUTER SCIENCE

Revised Edition

Edited by
John Daintith
Edmund Wright

Facts On File
*An imprint of Infobase Publishing*

**The Facts On File Dictionary of Computer Science**
**Revised Edition**

Copyright © 2001, 2006 by Market House Books Ltd

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage or retrieval systems, without permission in writing from the publisher. For information contact:

Facts On File, Inc.
An imprint of Infobase Publishing
132 West 31st Street
New York NY 10001

**Library of Congress Cataloging-in-Publication Data**
The Facts on File dictionary of computer science. / edited by John Daintith, Edmund Wright. — Rev. ed.
p. cm.
Includes bibliographical references
ISBN 0-8160-5999-3
1. Computer science—Dictionaries. I. Daintith, John. II Wright, Edmund (Thomas Edmund Farnsworth). III. Facts on File, Inc.
QA76.15.F345 2006
004.03—dc22

2006042004

Facts On File books are available at special discounts when purchased in bulk quantities for businesses, associations, institutions, or sales promotions. Please call our Special Sales Department in New York at (212) 967-8800 or (800) 322-8755.

You can find Facts On File on the World Wide Web at http://www.factsonfile.com

Compiled and typeset by Market House Books Ltd, Aylesbury, UK

Printed in the United States of America

MP 10 9 8 7 6 5 4 3 2 1

This book is printed on acid-free paper

used. The quality of the print was high, and daisywheel printers were used for printing letters, documents, etc.

**DASD (direct access storage device)** A storage device from which data can be accessed in any order rather than sequentially. Magnetic disk drives, CDs, and DVDs are examples of DASDs, whereas tape units are not.

**DAT** /dat, dee-ay-**tee**/ *See* digital audio tape.

**data /day**-tă, **dat**-ă, **dah**-tă/ In computing, the basic facts – numbers, digits, words, characters – that are fed into a computer system (in the required form) to be stored and processed for some purpose. In this case data is regarded as the INPUT to a computer system as opposed to the OUTPUT of the system, i.e. the results obtained from processing. It is possible, however, for the results of one process to serve as the data – the input – to another process.

The word 'data' is also used as distinct from program instructions. In this case data refers to all the OPERANDS that a program handles, i.e. the numbers or quantities upon which ARITHMETIC and LOGIC OPERATIONS are performed.

**DATA** *See* Basic.

**databank /day**-tă-bank, **dat**-ă-, **dah**-tă-/ A system that offers facilities to a community of users for the deposit and withdrawal of data on a particular topic, such as trade statistics or share prices. The user community is usually widespread and the databank itself may be a public facility. Access to a databank may, for instance, be by some form of NETWORK, such as the Internet. The data to be accessed may be organized as a DATABASE or as one or more FILES.

**database /day**-tă-bayss, **dat**-ă-, **dah**-tă-/ A set of DATA FILES – i.e. an organized collection of related data – that is defined, accessed, and managed by a set of programs known as a DATABASE MANAGEMENT SYSTEM (DBMS). The RECORDS in a database are addressable and can be accessed in any order. The organization of the records in a database, and the methods used to access the data, are more sophisticated than those of a data file with no associated DBMS.

Databases are usually more complex than data files, and are often collections of data previously held in many separate files. They are not necessarily large and complex however: DBMS software is available on small as well as large computers. Storing data as conventional files can limit the data's use to one particular application. A database provides data that is available to all users of the system, and may be shared by a number of different applications. Often, a dedicated computer called a *database server* provides database services to all users on a network.

A database together with its DBMS and hardware is often referred to as a *database system*. A data item in a database is typically associated with many other items, some of which may be in the same record. Data is usually retrieved by giving values of specified items in order that the database system should respond with the values of specified associated items. For example, a system might retrieve the registration numbers of all cars of a given color, make, and year of registration. *See also* database language.

**database language** Any of a group of languages used for setting up and communicating with DATABASES. The instructions given in a database language are executed by the DATABASE MANAGEMENT SYSTEM. Each language consists of at least one *data description language (DDL)* and at least one *data manipulation language (DML)*. The DDL is used to define the structure of the RECORDS within the database files and the relationships between them. It can be used to specify what type of information is to be stored – numbers, characters, dates, etc. – as well as which values are to be used for indexing. The DML is then used to copy the data into the database files and manipulate and retrieve it in various ways. That part of the DML used for retrieving the data may be called the *query language*. An important database language is SQL.

**error** A discrepancy between the value or condition that is calculated, observed, or measured and the value or condition that is known to be accurate or correct, or that has been specified as being accurate or correct, or that was simply expected. In computing, errors can be caused by some failure in the hardware of the system or by some condition occurring in the software.

Errors may arise, for example, as data is being transferred to or from magnetic disk, i.e. as data is being written or read. They may also arise during the transfer of data between two computers over a network. Errors may be caused by a flaw in the storage medium, by a fault in a device, or by NOISE in a communication channel. A binary 1 may then be incorrectly written, read, or transmitted as a binary 0, or a binary 0 as a binary 1, producing an error in the data. The detection, handling, and possible correction of such errors is an important aspect of computing. *See also* error-detecting code; error-correcting code.

In programming, errors may arise because the program fails to obey the SYNTAX of the programming language, i.e. the program breaks one of the rules defining how characters and sequences of characters can be combined. These are known as SYNTAX ERRORS and are normally detected when the program is compiled. Other programming errors may not become apparent until the program is executed. These are called RUN-TIME (or execution) errors, and may arise from, say, attempted division by zero or from OVERFLOW. *Logical errors* are another type, occurring because the logic or design of the program is incorrect; a JUMP to the wrong instruction is an example. Logical errors can arise if the problem that the program is designed to solve is not fully understood, so that the wrong ALGORITHM is selected or written. Yet again, errors may arise from the ROUNDING or TRUNCATION of numbers, producing *rounding* or *truncation errors*.

**error-correcting code** Any of a variety of CODES used to correct ERRORS that occur, for example, during the transfer of data. The data is sent along a channel as a coded signal, with each element of the code constructed by an encoder using a specific rule. A decoder at the other end of the channel detects any departure from this construction, i.e. any errors, and automatically corrects them – with a high probability of success. It is possible for errors to be corrected by an ERROR-DETECTING CODE, by a request for the retransmission of the affected data. Error-correcting codes are more complex and hence more costly to implement than error-detecting codes but reduce the necessity for retransmission.

**error-detecting code** Any of a variety of CODES used to check data for certain kinds of ERRORS that may have occurred, say, during transfer of the data or due to a writing or reading process. The information is encoded in such a way that a decoder can subsequently detect – with a high probability of success – whether an error has arisen. A fixed number of bits, *k*, is normally taken into the encoder at a time, and then output as a codeword consisting of a greater number of bits, *n*. Each codeword in a particular code is constructed following a specific rule. The decoder will subsequently take in *n* bits at a time and output *k* bits. On each codeword the decoder performs a CHECK for errors. If an error is detected then generally the sending device is requested to retransmit the affected set of bits. *See also* acknowledgment; error-correcting code.

**error diagnostics** Information that is presented following the detection of some condition causing an ERROR, for example after an attempt to execute instructions in a program that are invalid or that operate on illegal data. The information is mainly to assist in identifying the cause of the error. Error diagnostics can be produced, for instance, by the COMPILER, and the information would then generally concern SYNTAX ERRORS. Other kinds of errors are detected at run time. In this case the error diagnostics may be produced by a RUN-TIME SYSTEM. *See also* debugging.

**error message** A message that reports the occurrence of an ERROR. There may be some attempt to diagnose the cause of the

The Facts On File

# DICTIONARY of COMPUTER SCIENCE

Revised Edition

Edited by
John Daintith
Edmund Wright

Facts On File
An imprint of Infobase Publishing

**The Facts On File Dictionary of Computer Science**
**Revised Edition**

Copyright © 2001, 2006 by Market House Books Ltd

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage or retrieval systems, without permission in writing from the publisher. For information contact:

Facts On File, Inc.
An imprint of Infobase Publishing
132 West 31st Street
New York NY 10001

**Library of Congress Cataloging-in-Publication Data**
The Facts on File dictionary of computer science. / edited by John Daintith, Edmund Wright. — Rev. ed.
p. cm.
Includes bibliographical references
ISBN 0-8160-5999-3
1. Computer science—Dictionaries. I. Daintith, John. II Wright, Edmund (Thomas Edmund Farnsworth). III. Facts on File, Inc.
QA76.15.F345 2006
004.03—dc22
2006042004

Facts On File books are available at special discounts when purchased in bulk quantities for businesses, associations, institutions, or sales promotions. Please call our Special Sales Department in New York at (212) 967-8800 or (800) 322-8755.

You can find Facts On File on the World Wide Web at http://www.factsonfile.com

Compiled and typeset by Market House Books Ltd, Aylesbury, UK

Printed in the United States of America

MP 10 9 8 7 6 5 4 3 2 1

This book is printed on acid-free paper

continuous path along which electrical signals (usually of high frequency) can be conveyed from one point to another in a system.

**Cobol** /**koh**-bol/ A high-level PROGRAMMING LANGUAGE whose name is derived from the words common business oriented language. It was developed specifically for administrative and financial use in the late 1950s and early 1960s. It was adopted by the US Department of Defense, and is still the most widely used commercial data-processing language. There have been several international standards as the language has developed.

**code** **1.** A rule for transforming data or other information from one symbolic form into another. In the codes employed within a computer, the symbols used are generally restricted to the two BITS 0 and 1. The process of transformation is called *encoding*, and the symbolic representation used or achieved is known as an *encoding*. The process of reconverting the coded information into its original form is called *decoding*. Like encoding the decoding process follows a strict rule. Both processes are thus algorithmic in nature. They are carried out by an *encoder* or a *decoder*. These may be in the form of a piece of hardware or a piece of software.

Different kinds of codes are used in computing for different purposes. For example, when characters – letters, numbers, etc. – are fed into a computer they are transformed into a CHARACTER ENCODING, such as UNICODE, so that they can be manipulated by the computer equipment. Again, ERROR-DETECTING and ERROR-CORRECTING CODES are used to improve the reliability of data when it is transferred to or from disk or when it is transmitted.

**2.** Any piece of program text written in a programming language.

**3.** The particular language or type of language in which a piece of program text is written, e.g. machine code, C++ code, source code, etc.

**4.** The encrypted form of a message. *See* cryptography.

**5.** To represent data or a program in a symbolic form.

**codec** /**koh**-dek/ **1.** (**coder–decoder**) An integrated circuit or chip that performs analog-to-digital conversion and vice versa. The most common use for such a device is in a modem.

**2.** (**compression–decompression**) An algorithm or specialized computer program or hardware that reduces the size of large files.

**3.** A combination of these functions, particularly used for creating and compressing digital data for video or audio signals from analog data being received in real time and subsequently expanding it for playback. MPEG is a popular codec for computer video.

**cold start** *See* restart.

**collating sequence** An ordering of characters in a character set used within a computer. It is employed, for example, in sorting into alphabetic or alphanumeric order.

**collision** In an Ethernet network, the result of two devices on the same network attempting to transmit data at exactly the same time. The network should detect the collision and discard both pieces of data.

**color graphics adapter** *See* CGA.

**color monitor** A monitor that displays colors. The highest resolution can be obtained using a monitor in which dots of three different phosphors, one each for red, blue, and green, coating the inside of the screen are caused to glow by electronic signals representing different intensities of the three colors. By this method the three basic colors can be blended into millions of different colors. A monitor using this technique is known as an *RGB monitor*.

**com** /kom/ **1.** In MS-DOS, the file extension of a command program file. This is a type of executable binary file limited to one 64-kilobyte segment and is now seldom used except to provide backward compati-