# EXHIBIT
# 43

| Memory Type | Abbreviation | Name | Description |
|---|---|---|---|
| **Volatile** | **RAM** | **Random access memory** | **Volatile storage devices that lose their contents if the current is turned off or disrupted.** |
| | SRAM | Static Random Access Memory | Byte-addressable storage used for high-speed registers and caches. |
| | DRAM | Dynamic Random Access Memory | Byte-addressable storage used for the main memory in a computer. |
| | DDR SDRAM | Double Data Rate Synchronous Dynamic Random Access Memory | An improved form of DRAM. |
| **Nonvolatile** | **ROM** | **Read-only memory** | **Nonvolatile storage devices that do not lose their contents if the current is turned off or disrupted.** |
| | PROM | Programmable read-only memory | Memory used to hold data and instructions that can never be changed. PROMs are programmed in an external device like EPROMs. |
| | EPROM | Erasable programmable read-only memory | Programmable ROM that can be erased and reused. Erasure is caused by shining an intense ultraviolet light through a window that is designed into the memory chip. EPROM chips are initially written in an external programmer device and must be removed from the circuit board and placed back in the device for reprogramming. |
| | EEPROM | Electrically erasable programmable read-only memory | User-modifiable read-only memory that can be erased and reprogrammed repeatedly through the application of higher than normal electrical voltage. |
| | Flash | | Used for storage modules for USB drives and digital camera memory cards. Able to erase a block of data in a flash. |
| | NOR Flash | | Flash memory that supports 1-byte random access so that machine instructions can be fetched and executed directly from the flash chip just like computers fetch instructions from main memory. |
| | NAND Flash | | Flash Translation Layer software enables NAND flash memory cards and USB drives to look like a regular disk drive to the operating system. |
| | FeRAM | | Can hold data in memory even when the power is disconnected and offers the higher speed of SDRAM. |
| | PCM | Phase Change Memory | One of a number of new memory technologies that may eventually replace flash memory. |
| | MRAM | Magnetoresistive random access memory | A nonvolatile random access memory chip based on magnetic polarization that reads and writes data faster than flash memory. |

**Table 3.2**

Types of Memory Chips

RAM comes in many varieties. Static Random Access Memory (SRAM) is byte-addressable storage used for high-speed registers and caches. Dynamic Random Access Memory (DRAM) is byte-addressable storage used for the main memory in a computer. Double Data Rate Synchronous Dynamic Random Access Memory (DDR SDRAM) is an improved form of DRAM that effectively doubles the rate at which data can be moved in and out of main memory. Other forms of memory include DDR2 SDRAM and DDR3 SDRAM.

**Read-only memory (ROM)**, another type of memory, is nonvolatile, meaning that its contents are not lost if the power is turned off or interrupted. ROM provides permanent storage for data and instructions that do not change, such as programs and data from the computer manufacturer, including the instructions that tell the computer how to start up when power is turned on.

**read-only memory (ROM)**
A nonvolatile form of memory.




# Principles of Information Systems

## *A Managerial Approach*

Ninth Edition

**Ralph M. Stair**
*Professor Emeritus, Florida State University*

**George W. Reynolds**

COURSE TECHNOLOGY
CENGAGE Learning™

Australia · Canada · Mexico · Singapore · Spain · United Kingdom · United States

COURSE TECHNOLOGY
CENGAGE Learning

**Principles of Information Systems, A Managerial Approach, Ninth Edition by Ralph M. Stair and George W. Reynolds**

VP/Editorial Director: Jack Calhoun

Senior Acquisitions Editor: Charles McCormick, Jr.

Product Manager: Kate Hennessy

Development Editor: Lisa Ruffolo, The Software Resource

Editorial Assistant: Bryn Lathrop

Content Product Managers: Erin Dowler, Jennifer Goguen McGrail

Manufacturing Coordinator: Denise Powers

Marketing Manager: Bryant Chrzan

Marketing Coordinator: Suellen Ruttkay

Art Director: Stacy Shirley

Cover Image: Getty Images/Digital Vision

Compositor: Value Chain International

Copyeditor: Gary Spahl

Proofreader: Green Pen QA

Indexer: Rich Carlson

© 2010 Course Technology, Cengage Learning

ALL RIGHTS RESERVED. No part of this work covered by the copyright herein may be reproduced, transmitted, stored or used in any form or by any means graphic, electronic, or mechanical, including but not limited to photocopying, recording, scanning, digitizing, taping, Web distribution, information networks, or information storage and retrieval systems, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without the prior written permission of the publisher.

For product information and technology assistance, contact us at
**Cengage Learning Customer & Sales Support, 1-800-354-9706**

For permission to use material from this text or product,
submit all requests online at **cengage.com/permissions**
Further permissions questions can be emailed to
**permissionrequest@cengage.com**

Microsoft, Windows 95, Windows 98, Windows 2000, Windows XP, and Windows Vista are registered trademarks of Microsoft® Corporation. Some of the product names and company names used in this book have been used for identification purposes only and may be trademarks or registered trademarks of their manufacturers and sellers. SAP, R/3, and other SAP product/services referenced herein are trademarks of SAP Aktiengesellschaft, Systems, Applications and Products in Data Processing, Neurottstasse 16, 69190 Walldorf, Germany. The publisher gratefully acknowledges SAP's kind permission to use these trademarks in this publication. SAP AG is not the publisher of this book and is not responsible for it under any aspect of press law.

ISBN-13:978-0-324-66528-4
ISBN-10:0-324-66528-8

Instructor Edition:
ISBN-13:978-0-324-78141-0
ISBN-10:0-324-78141-5

**Course Technology**
25 Thomson Place
Boston, MA 02210
USA

Cengage Learning is a leading provider of customized learning solutions with office locations around the globe, including Singapore, the United Kingdom, Australia, Mexico, Brazil, and Japan. Locate your local office at: **international.cengage.com/region**

Cengage Learning products are represented in Canada by Nelson Education, Ltd.

To learn more about Course Technology, visit www.cengage.com/coursetechnology
To learn more about Cengage Learning, visit www.cengage.com

Printed in the United States of America
1 2 3 4 5 6 7 13 12 11 10 09