# EXHIBIT 44

Storage systems built using NAND flash provide the same block-oriented interface as disk storage. Compared to magnetic disks, flash memory can provide much faster random access: a page of data can be retrieved in around 1 or 2 microseconds from flash, whereas a random access on disk would take 5 to 10 milliseconds. Flash memory has a lower transfer rate than magnetic disks, with 20 megabytes per second being common. Some more recent flash memories have increased transfer rates of 100 to 200 megabytes per second. However, solid state drives use multiple flash memory chips in parallel, to increase transfer rates to over 200 megabytes per second, which is faster than transfer rates of most disks.

Writes to flash memory are a little more complicated. A write to a page of flash memory typically takes a few microseconds. However, once written, a page of flash memory cannot be directly overwritten. Instead, it has to be erased and rewritten subsequently. The erase operation can be performed on a number of pages, called an **erase block**, at once, and takes about 1 to 2 milliseconds. The size of an erase block (often referred to as just "block" in flash literature) is usually significantly larger than the block size of the storage system. Further, there is a limit to how many times a flash page can be erased, typically around 100,000 to 1,000,000 times. Once this limit is reached, errors in storing bits are likely to occur.

Flash memory systems limit the impact of both the slow erase speed and the update limits by mapping logical page numbers to physical page numbers. When a logical page is updated, it can be remapped to any already erased physical page, and the original location can be erased later. Each physical page has a small area of memory where its logical address is stored; if the logical address is remapped to a different physical page, the original physical page is marked as deleted. Thus by scanning the physical pages, we can find where each logical page resides. The logical-to-physical page mapping is replicated in an in-memory **translation table** for quick access.

Blocks containing multiple deleted pages are periodically erased, taking care to first copy nondeleted pages in those blocks to a different block (the translation table is updated for these nondeleted pages). Since each physical page can be updated only a fixed number of times, physical pages that have been erased many times are assigned "cold data," that is, data that are rarely updated, while pages that have not been erased many times are used to store "hot data," that is, data that are updated frequently. This principle of evenly distributing erase operations across physical blocks is called **wear leveling**, and is usually performed transparently by flash-memory controllers. If a physical page is damaged due to an excessive number of updates, it can be removed from usage, without affecting the flash memory as a whole.

All the above actions are carried out by a layer of software called the **flash translation layer**; above this layer, flash storage looks identical to magnetic disk storage, providing the same page/sector-oriented interface, except that flash storage is much faster. File systems and database storage structures can thus see an identical logical view of the underlying storage structure, regardless of whether it is flash or magnetic storage.

**Hybrid disk drives** are hard-disk systems that combine magnetic storage with a smaller amount of flash memory, which is used as a cache for frequently

The McGraw-Hill Companies

DATABASE SYSTEM CONCEPTS
2010 CUSTOM EDITION

Copyright © 2011 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base retrieval system, without prior written permission of the publisher.

This book is a McGraw-Hill Learning Solutions textbook and contains select material from *Database System Concepts*, Sixth Edition by Abraham Silberschatz, Henry F. Korth and S. Sudarshan. Copyright © 2011, 2006, 2002, 1999 by The McGraw-Hill Companies, Inc. Reprinted with permission of the publisher. Many custom published texts are modified versions or adaptations of our best-selling textbooks. Some adaptations are printed in black and white to keep prices at a minimum, while others are in color.

1 2 3 4 5 6 7 8 9 0 KNG KNG 12 11 10

ISBN-13: 978-0-07-744130-2
ISBN-10: 0-07-744130-3

*Learning Solutions Manager: Aimee Tait*
*Learning Solutions Representative: Nada Mraovic*
*Production Editor: Nina Meyer*
*Printer/Binder: King Printing*
*Photo Credit: Computer image © 2010 JupiterImages Corporation*

# DATABASE SYSTEM CONCEPTS

2010 Custom Edition




Taken from:
*Database System Concepts*, Sixth Edition
Abraham Silberschatz, Henry F. Korth, S. Sudarshan

STRAYER UNIVERSITY

McGraw-Hill Learning Solutions

Boston Burr Ridge, IL Dubuque, IA New York San Francisco St. Louis
Bangkok Bogotá Caracas Lisbon London Madrid
Mexico City Milan New Delhi Seoul Singapore Sydney Taipei Toronto